UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION: 7:11-CV-24-KKC

AARON JASON JUSTICE,                                                                        PETITIONER,

v.                                               **JUDGMENT**

WARDEN COOKIE CREWS,                                                                  RESPONDENT.

\*\*\*   \*\*\*   \*\*\*   \*\*

In accordance with the Opinion and Order entered in this matter on the same date as this Judgment, the Court hereby ORDERS and ADJUDGES as follows:

(1) the Petitioner's petition for a writ of habeas corpus (DE 1) is DISMISSED WITH PREJUDICE and judgment is entered in favor of Respondent;

(2) a certificate of appealability SHALL NOT BE ISSUED because the Petitioner has failed to make a substantial showing of the denial of a constitutional right;

(3) an appeal from this judgment MAY NOT BE TAKEN *in forma pauperis* because it would not be taken in good faith;

(4) this judgment is FINAL; and

(5) this matter is STRICKEN from the active docket.

Dated this 10th day of April, 2012.



Signed By:
*Karen K. Caldwell*  KKC
United States District Judge